[No. 32825-2-III.   Division Three.   May 5, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY WAYNE BLAUERT, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-1-00092-1, John D. Knodell III, J., entered October 7, 2014. *Reversed* and *remanded* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Siddoway, J.

[No. 32935-6-III.   Division Three.   May 5, 2016.]

ZURIEL, INC., ET AL., *Respondents*, v. DAN GALBREATH ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Franklin County, No. 12-2-51081-7, Cameron Mitchell, J., entered October 29, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[Nos. 33276-4-III; 33277-2-III.   Division Three.   May 5, 2016.]

*In the Matter of the Parental Rights to* J.L.Q.-R. ET AL.

Appeals from a judgment of the Superior Court for Chelan County, No. 14-7-70068-0, Bart Vandegrift, J. Pro Tem., entered April 1, 2015. *Reversed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Pennell, JJ.

[No. 33552-6-III.   Division Three.   March 5, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MAGDALENO CRUZ TELLEZ, *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated July 19, 2016. Substitute opinion filed. See 195 Wn. App. 1010.